IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01031-MSK-BNB

SHELLY GOMEZ,

Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　Pursuant to the filing of the **Notice of Settlement** [document 17, filed July 15, 2010], it has come to the attention of the Court that this matter has been resolved.

　　　IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **July 23, 2010**, or a status report addressing why dismissal has not been accomplished.

　　　IT IS FURTHER ORDERED that all future hearings set before Magistrate Judge Boland are **vacated**.


DATED:  July 16, 2010